TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00305-CV

In the Matter of D. S.

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. J-12,967, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.

Before Justices Powers, Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: September 27, 1995 

Do Not Publish